**Opinion filed October 13, 2011**



In The

# Eleventh Court of Appeals

_____

## No. 11-11-00151-CR
_____

### JOSE GONZALES CEDILLO, Appellant

### V.

### STATE OF TEXAS, Appellee

**On Appeal from the 244th District Court**

**Ector County, Texas**

**Trial Court Cause No. C-37,714**

### M E M O R A N D U M   O P I N I O N

Jose Gonzales Cedillo has filed in this court a motion to dismiss his appeal. Pursuant to TEX. R. APP. P. 42.2, the motion is signed by both appellant and his counsel.

The motion is granted, and the appeal is dismissed.

PER CURIAM

October 13, 2011

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Kalenak, J.